JUDGE PRESKA

08 CV 5591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORWEGIAN BULK TRANSPORT A/S,

               Plaintiff,                        08 Civ.

   - against -                                ECF CASE

PIONEER NAVIGATION LTD.,

               Defendant.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries or affiliates of the Plaintiff:

               NONE.

Dated: June 20, 2008
       New York, NY

                                The Plaintiff,
                                NORWEGIAN BULK TRANSPORT A/S

                                By: /s/ Charles E. Murphy
                                Charles E. Murphy (CM 2125)
                                LENNON, MURPHY & LENNON, LLC
                                The Gray Bar Building
                                420 Lexington Ave., Suite 300
                                New York, NY 10170
                                (212) 490-6050
                                facsimile (212) 490-6070
                                cem@lenmur.com