UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORWEGIAN BULK TRANSPORT A/S,  :

                       Plaintiff,  :      08 Civ. 5591 (LAP)

                                :      ECF

   -against-                        :

                                :      NOTICE OF RESTRICTED
                                       APPEARANCE PURSUANT TO
PIONEER NAVIGATION LTD.,  :      SUPPLEMENTAL RULE E(8)

                       Defendant.  :
------------------------------------------------------------x

       PIONEER NAVIGATION LTD., by and through undersigned counsel, Cardillo & Corbett, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 14, 2008

                                                  CARDILLO & CORBETT
                                                  Attorneys for Defendant
                                                  PIONEER NAVIGATION LTD.

                                                  By: _____
                                                  James P. Rau (JR 7209)
                                                  29 Broadway
                                                  New York, New York  10006
                                                  Tel: 212-344-0464
                                                  Fax: 212-797-1212