UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NORWEGIAN BULK TRANSPORT A/S,  :

                        Plaintiff,  :     08 Civ. 5591 (LAP)

                                  :     ECF

      -against-                   :

PIONEER NAVIGATION LTD.,      :

                      Defendant.  :
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

**ORDER TO SHOW CAUSE WHY
RULE B MARITIME ATTACHMENT
<u>SHOULD NOT BE VACATED</u>**

Upon the annexed declarations of Carlo Sammarco dated July 21, 2008 and James P. Rau dated July 23, 2008, and the accompanying Memorandum of Law and the pleadings and proceedings heretofore had herein:

Let the Plaintiff, NORWEGIAN BULK TRANSPORT A/S ("Plaintiff") show cause before the Honorable Loretta A. Preska, United States District Court Judge, at 500 Pearl Street, Courtroom 12A, New York, New York 10007, pursuant to the Supplemental Admiralty Rule E(4)(f) and Rule E (6) and Local Admiralty Rule E.1, on the 4th day of August, 2008, at 4:30 p.m., or as soon thereafter as counsel can be heard why (1) the maritime attachment shall not be vacated or (2) in the alternative the maritime attachment shall not be reduced and (3) an Order shall not be issued for such other and further relief as the Court may deem just and proper.

Let service of a copy of this Order and the accompanying Declarations,

exhibits, and Memorandum of Law, if served upon, Lennon, Murphy & Lennon, LLC, The GrayBar Building, 420 Lexington Avenue, Suite 300, New York, NY 10170, attorneys for Plaintiff, on or before 1 p. m on July 24, 2008 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and /or memoranda of law, shall be served so as to be received by counsel for the movant, Cardillo & Corbett by fax or e-mail on or before the 29th day of July, 2008 by 5 p. m.

Reply papers, if any, shall be served on counsel for Plaintiff on or before 5 p.m. o'clock on 1st August, 2008 (service to be made either by courier, fax or e-mail), such service to be deemed good and sufficient service.

Dated: New York, New York
July 23, 2008

SO ORDERED:

_____
United States District Judge

Part I