Cardillo & Corbett
Attorneys for Defendant
PIONEER NAVIGATION LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR-7209)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
NORWEGIAN BULK TRANSPORT A/S,        :
                                     :
                        Plaintiff,   :   **ECF**
                                     :   <u>**RULE 7.1 STATEMENT**</u>
            -against-                :   **08 Civ. 5591 (LAP)**
                                     :
PIONEER NAVIGATION LTD.,             :
                                     :
                        Defendant.   :
-----------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, PIONEER NAVIGATION LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         July 23, 2008

                                              CARDILLO & CORBETT
                                              Attorneys for Defendant,
                                              PIONEER NAVIGATION LTD.

                           By: _____
                                 James P. Rau (JR 7209)