

Lennon, Murphy & Lennon, LLC
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

mail@lenmur.com

July 25, 2008

<u>*Via Facsimile (212) 805-7941*</u>
Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1320
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08

Re:   **Norwegian Bulk Transport A/S v. Pioneer Navigation Ltd.**
       Docket number: 08 CV 5591 (LAP)
       LML ref: 08-1483

Dear Judge Preska:

We represent the Plaintiff, Norwegian Bulk Transport A/S, in the captioned action. We write in respect of this Court's Order to Show Cause Why Rule B Maritime Attachment Should Not Be Vacated dated July 23, 2008.

After consultation today with Mr. James Rau, counsel for Defendant Pioneer Navigation, Ltd., and with Your Honor's chambers, Plaintiff respectfully requests an enlargement of the briefing schedule. This request is being made to accommodate the undersigned's vacation schedule and to allow additional time for the parties to try to resolve their security dispute prior to any post-attachment hearing. Specifically, Plaintiff requests that the briefing and hearing schedule be extended as follows:

(1)   Plaintiff's opposition papers due by August 7, 2008;
(2)   Defendant's reply papers, if any, due by August 14, 2008;
(3)   Supplemental Admiralty Rule E(4)(f) hearing on August 19, 2008 at 11:30 a.m.

Mr. Rau, reading in copy, has no objection to the above modifications.

Based on the foregoing, we respectfully request that the Court "so order" these new deadlines. We shall advise the court immediately should the parties be successful in resolving their dispute prior to the hearing.

So ordered
Loretta A Preska
USDJ

Respectfully submitted,

Charles E. Murphy

CEM/bhs

August 4, 2008