

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

August 1, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

<u>Via Facsimile (212) 805-7941</u>
Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1320
New York, NY 10007-1312

Re:   <u>Norwegian Bulk Transport A/S v. Pioneer Navigation Ltd.</u>
      Docket number: 08 CV 5591 (LAP)
      LML ref: 08-1483

Dear Judge Preska:

We represent the Plaintiff, Norwegian Bulk Transport A/S, in the captioned action. Together with Mr. Rau, counsel for Defendant Pioneer Navigation, Ltd., we wish to advise the Court that the parties have reached the following amicable agreements: (1) that the Ex Parte Order of Maritime Attachment in this case should be reduced to $12,400 and (2) that Defendant's request to vacate or reduce maritime attachment, which it brought via Order to Show Cause dated July 23, 2008, shall be deemed withdrawn. As such, the parties agree that there is no need for the post-attachment hearing.

In furtherance of the foregoing, we shall be submitting for your Honor's consideration a Stipulation and Turn Over Order directing the garnishees to release all funds in excess of $12,400, as well as a Proposed Amended Ex Parte Order of Maritime Attachment that reflects the new amount of the attachment, *i.e.*, $12,400.

We thank the Court for its indulgence.

*So ordered*
*Loretta A. Preska*
*USDJ*
*August 5, 2008*

Respectfully submitted,

Charles E. Murphy

CEM/phs

cc:   <u>Via Facsimile: (212) 797-1212</u>
      James Rau, Esq.
      Cardillo & Corbett
      29 Broadway
      New York, NY 10006
      *Attorney for Defendant Pioneer Navigation Ltd.*